IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-00134-02-CR-W-GAF |
| | ) | |
| MARK A. GANNON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress (Doc. #59, as supplemented by Doc. #73). On January 4, 2007, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing. On March 28, 2007, Judge Maughmer issued his Report and Recommendation (Doc. #85).

Upon careful and independent review of the pending motion and suggestions in support thereof, Defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress (Doc. #59, as supplemented by Doc. #73) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: April 13, 2007